NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YECHEZKAL EVAN SPERO,**
*Appellant*

**v.**

**VOLKSWAGEN GROUP OF AMERICA, INC.,
PORSCHE CARS NORTH AMERICA, INC.,**
*Appellees*

**JOHN A. SQUIRES, UNDER SECRETARY OF
COMMERCE FOR INTELLECTUAL PROPERTY
AND DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2025-1064, 2025-1146, 2025-1147

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2023-00197, IPR2023-00328, IPR2023-00335, IPR2023-01231, IPR2023-01320, IPR2023-01321.

---

Decided:  May 14, 2026

---

THOMAS A. LEWRY, Brooks Kushman PC, Royal Oak, MI, argued for appellant.  Also represented by FRANK A.

2  SPERO v. VOLKSWAGEN GROUP OF AMERICA, INC.

ANGILERI, SANGEETA G. SHAH, ANDREW B. TURNER.

RICHARD CRUDO, WILLIAM MILLIKEN, Sterne Kessler Goldstein & Fox PLLC, Washington, DC, argued for appellee Volkswagen Group of America, Inc. Also represented by JASON A. FITZSIMMONS, RYAN N. KAISER, MICHAEL D. SPECHT, DANIEL YONAN.

EDGAR HAUG, Haug Partners LLP, New York, NY, for appellee Porsche Cars North America, Inc. Also represented by ROBERT COLLETTI.

FAHD H. PATEL, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor John A. Squires. Also represented by ROBERT J. MCMANUS, PETER JOHN SAWERT.

―――――――――

Before MOORE, *Chief Judge*, PROST and CUNNINGHAM, *Circuit Judges*.

MOORE, *Chief Judge*.

Yechezkal Evan Spero appeals final written decisions of the Patent Trial and Appeal Board (Board) determining claims 1–28, 30–68, and 70 of U.S. Patent No. 10,894,503 are unpatentable. Because we affirm the Board's decisions determining the appealed claims of the '503 patent are unpatentable in *Spero v. Mercedes-Benz USA, LLC*, No. 2025-1470 (Fed. Cir. May 14, 2026), and Spero otherwise failed to appeal the remaining claims the Board determined are unpatentable, we dismiss this appeal as moot.

**DISMISSED**

COSTS

No costs.